UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                  )
                                        )
**THOMPSON, SUSAN**                     )    Bankruptcy Case No. 11-82477 TML
                                        )    Chapter 7
                                        )
Debtor(s).                              )

---

### CERTIFICATE OF SERVICE

---

The undersigned certifies that on April 3, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

THOMPSON, SUSAN
1606 16th Avenue
Sterling, IL 61081

Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601

Navient Solutions, Inc.
Department of Education Servicing
PO Box 740351
Atlanta, GA 30374-0351

RRCA Accounts Management, Inc.
201 East Third Street
Sterling, IL 61081

Jefferson Capital Systems, LLC
PO Box 772813
Chicago, IL 60677-2813

Thomas H. Joens
33 N. LaSalle Street, Suite 2000
Chicago, IL 60602

Ehrmann Gehlbach Badger Lee & Considine
215 E. First Street, Suite 100, Box 447
Dixon, IL 61021

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com