**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: THOMPSON, SUSAN § Case No. 11-82477-TML
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,110.00      Assets Exempt: $17,110.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,187.95      Claims Discharged
     Without Payment: $241,034.06

Total Expenses of Administration: $57,812.05

---

    3) Total gross receipts of $ 80,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $65,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,129.65 | $3,129.65 | $3,129.65 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 57,812.05 | 57,812.05 | 57,812.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,777.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 231,753.96 | 16,546.84 | 16,546.84 | 4,058.30 |
| **TOTAL DISBURSEMENTS** | $236,530.96 | $77,488.54 | $77,488.54 | $65,000.00 |

    4) This case was originally filed under Chapter 7 on January 20, 2016. The case was pending for 28 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2018          By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mass Tort Vaginal Mesh - Personal Injury Lawsuit | 1242-000 | 80,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$80,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Susan Thompson | Debtor's Claimed Personal Injury Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2014 AMS Qualified Settlement Fund | 4220-000 | N/A | 3,129.65 | 3,129.65 | 3,129.65 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,129.65** | **$3,129.65** | **$3,129.65** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 6,500.00 | 6,500.00 | 6,500.00 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 3,022.50 | 3,022.50 | 3,022.50 |
| Other - Ehrmann Gehlbach Badger Lee & Considine | 3992-000 | N/A | 6,692.00 | 6,692.00 | 6,692.00 |
| Other - 2014 AMS Qualified Settlement Fund | 3991-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| Other - 2014 AMS Qualified Settlement Fund | 3210-600 | N/A | 30,400.00 | 30,400.00 | 30,400.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - 2014 AMS Qualified Settlement Fund | 3210-600 | N/A | 335.00 | 335.00 | 335.00 |
| Other - 2014 AMS Qualified Settlement Fund | 3220-610 | N/A | 981.00 | 981.00 | 981.00 |
| Other - 2014 AMS Qualified Settlement Fund | 3220-610 | N/A | 5,871.55 | 5,871.55 | 5,871.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $57,812.05 | $57,812.05 | $57,812.05 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Sallie Mae Po Box 9500 | 5200-000 | 3,028.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae Po Box 9500 | 5200-000 | 234.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae Po Box 9500 | 5200-000 | 1,515.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,777.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | 781.19 | 861.62 | 861.62 | 367.05 |
| 2 | Navient Solutions, Inc. | 7100-000 | N/A | 6,567.54 | 6,567.54 | 2,797.75 |
| 3 | RRCA Accounts Management, Inc. | 7100-000 | 184.00 | 199.00 | 199.00 | 84.77 |
| 4 | Jefferson Capital Systems, LLC | 7100-000 | N/A | 1,898.43 | 1,898.43 | 808.73 |
| 5 | Thomas H. Joens | 7200-000 | 7,020.25 | 7,020.25 | 7,020.25 | 0.00 |
| NOTFILED | Pcs P.o. Box 538092 | 7100-000 | 501.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs P.o. Box 538092 | 7100-000 | 454.00 | N/A | N/A | 0.00 |
| NOTFILED | Pay Day Avenue Dept #3675 | 7100-000 | 228.69 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Northwest Collectors Inc.<br>3601 Algonquin Rd, Suite 500 | 7100-000 | 267.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors Inc.<br>3601 Algonquin Rd, Suite 500 | 7100-000 | 411.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>P.o. Box 538092 | 7100-000 | 294.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>P.o. Box 538092 | 7100-000 | 108.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>P.o. Box 538092 | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>900 Winderley Pl Ste 1000 | 7100-000 | 27.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>900 Winderley Pl Ste 1000 | 7100-000 | 454.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>900 Winderley Pl Ste 1000 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>P.o. Box 538092 | 7100-000 | 108.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>900 Winderley Pl Ste 1000 | 7100-000 | 189.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>900 Winderley Pl Ste 1000 | 7100-000 | 22.00 | N/A | N/A | 0.00 |
| NOTFILED | North Amercn<br>2810 Walker Rd | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 348.00 | N/A | N/A | 0.00 |
| NOTFILED | National Recovery<br>416 S. Main St. #3 | 7100-000 | 228.69 | N/A | N/A | 0.00 |
| NOTFILED | North Amercn<br>2810 Walker Rd | 7100-000 | 408.00 | N/A | N/A | 0.00 |
| NOTFILED | NAB/FAC<br>P.O. Box 198988 | 7100-000 | 1,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Mgmt<br>8875 Aero Dr | 7100-000 | 1,065.00 | N/A | N/A | 0.00 |
| NOTFILED | MHRC Inc.<br>P.O. Box 15395 | 7100-000 | 496.06 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Mgmt<br>8875 Aero Dr | 7100-000 | 1,335.00 | N/A | N/A | 0.00 |
| NOTFILED | North Amercn<br>2810 Walker Rd | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | North Amercn<br>2810 Walker Rd | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | North Amercn<br>2810 Walker Rd | 7100-000 | 209.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 1,140.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Pcs<br>900 Winderley Pl Ste 1000 | 7100-000 | 31.00 | N/A | N/A | 0.00 |
| NOTFILED | North Amercn<br>2810 Walker Rd | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | North Amercn<br>2810 Walker Rd | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | North Amercn<br>2810 Walker Rd | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Quality Collections<br>P.o. Box 538092 | 7100-000 | 2,013.00 | N/A | N/A | 0.00 |
| NOTFILED | Penn Credit<br>P.O. Box 988 | 7100-000 | 34.45 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia<br>P.O. Box 50014 | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Washington Mutual<br>1301 Second Avenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Uscb Corporation<br>101 Harrison St | 7100-000 | 608.00 | N/A | N/A | 0.00 |
| NOTFILED | United Resource System<br>10075 W Colfax Ave | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | TDS Telecommunication Corp.<br>P.O. Box 3427 | 7100-000 | 97.70 | N/A | N/A | 0.00 |
| NOTFILED | TNB-Target<br>P.O. Box 673 | 7100-000 | 643.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial<br>801 Walnut St | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | West Healthcare Receivable<br>101 Convention Center Street | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | West Healthcare Receivable<br>101 Convention Center Street | 7100-000 | 7,574.00 | N/A | N/A | 0.00 |
| NOTFILED | West Healthcare Receivable<br>101 Convention Center Street | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Zoom Payday Loan<br>1600 Pennsylvania Avenue | 7100-000 | 371.00 | N/A | N/A | 0.00 |
| NOTFILED | West Healthcare Receivable<br>101 Convention Center Street | 7100-000 | 418.00 | N/A | N/A | 0.00 |
| NOTFILED | West Healthcare Receivable<br>101 Convention Center Street | 7100-000 | 3,174.00 | N/A | N/A | 0.00 |
| NOTFILED | West Healthcare Receivable<br>101 Convention Center Street | 7100-000 | 1,944.00 | N/A | N/A | 0.00 |
| NOTFILED | West Healthcare Receivable<br>101 Convention Center Street | 7100-000 | 81.00 | N/A | N/A | 0.00 |
| NOTFILED | SpotOn Loan<br>P.O. Box 140 | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt<br>201 E. 3rd Street | 7100-000 | 15.23 | N/A | N/A | 0.00 |
| NOTFILED | SpotOn Loan<br>P.O. Box 140 | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Recovery Service<br>110 Veterans Blvd | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Recovery Service<br>110 Veterans Blvd | 7100-000 | 1,140.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Recovery Service<br>110 Veterans Blvd | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Medclear Inc<br>507 Prudential Road | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| NOTFILED | Publisher's Clearing House<br>P.O. Box 26311 | 7100-000 | 34.45 | N/A | N/A | 0.00 |
| NOTFILED | Publishers Clearing House<br>P.O. Box 26311 | 7100-000 | 34.45 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Recovery Service<br>110 Veterans Blvd | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Recovery Service<br>110 Veterans Blvd | 7100-000 | 348.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Recovery Service<br>110 Veterans Blvd | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | RMS<br>1000 Cir. 75 Pkwy, Suite 400 | 7100-000 | 54.38 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt<br>201 E. 3rd Street | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Rjm Acq Llc<br>575 Underhill Bld Ste 224 | 7100-000 | 1,662.15 | N/A | N/A | 0.00 |
| NOTFILED | Rjm Acq Llc<br>575 Underhill Bld Ste 2 | 7100-000 | 1,662.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Recovery Service<br>110 Veterans Blvd | 7100-000 | 267.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Recovery Service<br>110 Veterans Blvd | 7100-000 | 1,662.15 | N/A | N/A | 0.00 |
| NOTFILED | Professional Collection Systems | 7100-000 | 653.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System<br>16 Mcleland Road | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| NOTFILED | Medclear Inc<br>507 Prudential Road | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Control<br>P.O. Box 151249 | 7100-000 | 215.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Control<br>P.O. Box 151249 | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Services<br>Two Wells Avenue | 7100-000 | 28.01 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Systems<br>121 W. Dunbar Road | 7100-000 | 262.00 | N/A | N/A | 0.00 |
| NOTFILED | Check N Go<br>Alliance | 7100-000 | 724.00 | N/A | N/A | 0.00 |
| NOTFILED | Check N Go<br>Alliance | 7100-000 | 722.68 | N/A | N/A | 0.00 |
| NOTFILED | Credit Control<br>P.O. Box 151249 | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management, LP<br>4200 International Parkway | 7100-000 | 483.15 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Lp<br>4200 International Pkwy | 7100-000 | 455.93 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network<br>9601 S Meridian Blvd | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery<br>Corporation | 7100-000 | 1,274.36 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin<br>Po Box 15316 | 7100-000 | 8,030.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Ingerchange<br>P.O. Box 2270 | 7100-000 | 824.06 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection<br>P.O. Box 802068 | 7100-000 | 96.45 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection<br>Association | 7100-000 | 570.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase<br>Cardmember Service | 7100-000 | 124,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase<br>Po Box 15298 | 7100-000 | 1,042.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase<br>Cardmember Service | 7100-000 | 932.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance America<br>1311 N. Galena Ave, Suite | 7100-000 | 795.35 | N/A | N/A | 0.00 |
| NOTFILED | Advance America<br>1311 N. Galena Ave, Suite | 7100-000 | 795.35 | N/A | N/A | 0.00 |
| NOTFILED | Accounts Receivable<br>Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc.<br>Po Box 3097 | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc.<br>404 Brock Dr., Box 3097 | 7100-000 | 1,026.37 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc.<br>Po Box 3427 | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| NOTFILED | CBCS<br>P.O. Box 69 | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Certified Services Inc<br>1733 Washington St | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| NOTFILED | Cash Advance Inc.<br>Financial Law Dept. | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America<br>10018 Chesham Drive | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Astra Business Solutions<br>P.O. Box 11148 | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T<br>P.O. Box 8100 | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery<br>Corporation | 7100-000 | 329.39 | N/A | N/A | 0.00 |
| NOTFILED | EOD CCA<br>P.O. Box 806 | 7100-000 | 166.15 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System<br>16 Mcleland Road | 7100-000 | 5,618.62 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | 1,060.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | 840.00 | N/A | N/A | 0.00 |
| NOTFILED | I C System Po Box 64378 | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | I C System Inc Po Box 64378 | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Law Offices Of Harold E. Scherr, P.A. | 7100-000 | 105.20 | N/A | N/A | 0.00 |
| NOTFILED | MAF Collection Services 134 S. Tampa Street | 7100-000 | 4,635.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital System 16 Mcleland Road | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank P.O. Box 5253 | 7100-000 | 948.00 | N/A | N/A | 0.00 |
| NOTFILED | Hfs Llc 370 17th Street | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | MCM Dept. 12421 | 7100-000 | 1,058.17 | N/A | N/A | 0.00 |
| NOTFILED | First Federal Credit Control, Inc. | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank 3820 N Louise Ave | 7100-000 | 651.00 | N/A | N/A | 0.00 |
| NOTFILED | Financial Law Department 200 N. Anaheim Blvd. | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Family Health Center P.O. Box 538002 | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Fac/nab 480 James Robertson Pkwy | 7100-000 | 1,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Fac/nab 480 James Robertson Pkwy | 7100-000 | 1,140.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank 3820 N Louise Ave | 7100-000 | 507.00 | N/A | N/A | 0.00 |
| NOTFILED | Franklin Collection Services 2978 W Jackson Street | 7100-000 | 329.00 | N/A | N/A | 0.00 |
| NOTFILED | Goldkey Cred P O Box 15670 | 7100-000 | 524.00 | N/A | N/A | 0.00 |
| NOTFILED | Get Cash USA 5205 W. Fullerton | 7100-000 | 346.00 | N/A | N/A | 0.00 |
| NOTFILED | Goldkey Cred P O Box 15670 | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Get Cash USA 5205 W. Fullerton | 7100-000 | 332.28 | N/A | N/A | 0.00 |
| NOTFILED | Get Cash USA 5205 W. Fullerton | 7100-000 | 232.60 | N/A | N/A | 0.00 |
| NOTFILED | Frost- Arnett Collections P.O. Box 198988 | 7100-000 | 1,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Frd Motor Cr Po Box Box 542000 | 7100-000 | 11,321.00 | N/A | N/A | 0.00 |
| NOTFILED | Frsot- Arnett Collections P.O. Box 198988 | 7100-000 | 1,140.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$231,753.96** | **$16,546.84** | **$16,546.84** | **$4,058.30** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82477-TML  
**Case Name:** THOMPSON, SUSAN

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/20/16 (f)  
**§341(a) Meeting Date:** 08/12/11

**Period Ending:** 06/07/18

**Claims Bar Date:** 04/25/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Woodforest Checking Account | 90.00 | 0.00 | | 0.00 | FA |
| 2 | Woodforest Savings Account | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Woodforest Savings Account | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods and Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Mass Tort Vaginal Mesh - Personal Injury Lawsuit  (u)   See Order to Reopen entered 1/20/16. See Order to Employ Special Counsel entered 4/25/16. See Amended Schedules filed 3/5/18. | 80,000.00 | 40,000.00 | | 80,000.00 | FA |
| 6 | **Assets    Totals** (Excluding unknown values) | **$82,110.00** | **$40,000.00** | | **$80,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 1, 2018          **Current Projected Date Of Final Report (TFR):**   March 9, 2018  (Actual)

Case 11-82477   Doc 51   Filed 06/18/18   Entered 06/18/18 14:16:05   Desc Main
Document      Page 10 of 11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-82477-TML  
**Case Name:** THOMPSON, SUSAN  

**Taxpayer ID #:** **-***2764  
**Period Ending:** 06/07/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $2,827,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/23/18 | | 2014 AMS Qualified Settlement Fund | Products Liability Settlement | | | 35,282.80 | | 35,282.80 |
| | {6} | | Gross Settlement Amount | 80,000.00 | 1242-000 | | | 35,282.80 |
| | | | MDL Assessment Fee (5% of Gross Settlement) | -4,000.00 | 3991-000 | | | 35,282.80 |
| | | | Attorneys' Fees (40% of Gross less MDL Assessment) | -30,400.00 | 3210-600 | | | 35,282.80 |
| | | | Reimbursment to Medicare | -3,129.65 | 4220-000 | | | 35,282.80 |
| | | | Lien Resolution Fee | -335.00 | 3210-600 | | | 35,282.80 |
| | | | Settlement Administration Expenses | -981.00 | 3220-610 | | | 35,282.80 |
| | | | Primary Counsel Case-Specific Expenses | -5,871.55 | 3220-610 | | | 35,282.80 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 35,272.80 |
| 03/09/18 | 101 | Susan Thompson | Debtor's Claimed Personal Injury Exemption | | 8100-002 | | 15,000.00 | 20,272.80 |
| 04/26/18 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,022.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 3,022.50 | 17,250.30 |
| 04/26/18 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $6,500.00, Trustee Compensation;  Reference: | | 2100-000 | | 6,500.00 | 10,750.30 |
| 04/26/18 | 104 | Ehrmann Gehlbach Badger Lee & Considine | Dividend paid 100.00% on $6,692.00, Other Professional Expenses;  Reference: | | 3992-000 | | 6,692.00 | 4,058.30 |
| 04/26/18 | 105 | Atlas Acquisitions LLC | Dividend paid  42.59% on $861.62; Claim# 1; Filed: $861.62; Reference: 5961 | | 7100-000 | | 367.05 | 3,691.25 |
| 04/26/18 | 106 | Navient Solutions, Inc. | Dividend paid  42.59% on $6,567.54; Claim# 2; Filed: $6,567.54; Reference: 4091 | | 7100-000 | | 2,797.75 | 893.50 |
| 04/26/18 | 107 | RRCA Accounts Management, Inc. | Dividend paid  42.59% on $199.00; Claim# 3; Filed: $199.00; Reference: 7380 | | 7100-000 | | 84.77 | 808.73 |
| 04/26/18 | 108 | Jefferson Capital Systems, LLC | Dividend paid  42.59% on $1,898.43; Claim# 4; Filed: $1,898.43; Reference: 0001 | | 7100-000 | | 808.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 35,282.80 | 35,282.80 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 35,282.80 | 35,282.80 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$35,282.80** | **$20,282.80** | |

{} Asset reference(s)

Printed: 06/07/2018 05:16 PM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-82477-TML
**Case Name:** THOMPSON, SUSAN

**Taxpayer ID #:** **-***2764
**Period Ending:** 06/07/18

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******6166 - Checking Account
**Blanket Bond:** $2,827,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******6166** | | 35,282.80 | 20,282.80 | 0.00 |
| | | | | | $35,282.80 | $20,282.80 | $0.00 |

{} Asset reference(s)

Printed: 06/07/2018 05:16 PM    V.13.32